# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Civil No. 11-556 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Eugene E. Rivetts, Brenda A. Rivetts, MRC Receivables Corporation, Dakota Bluff Financial LLC, Centrasota Oral & Maxillofacial Surgeons P.A., Todd County Treasurer, | |
| Defendants. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: March 8, 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge