## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 11-556 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Eugene E. Rivetts, et al., | |
| Defendants. | |

This matter comes before the Court on the United States' Motion to Dismiss Defendant Todd County Treasurer (Doc. No. 28); the Motion is unopposed.

Upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Said Motion (Doc. No. 28) is **GRANTED** and Defendant Todd County Treasurer is **DISMISSED WITHOUT PREJUDICE** as a party to this action;

2. The July 6, 2011, hearing on said Motion in Fergus Falls is **CANCELED**; and

3. This matter is referred to Magistrate Judge Leo I. Brisbois for a Rule 26 Conference.

Dated:  June 20, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge